1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8     IN THE MATTER OF
9                                                              **VRW**
10    Barry Jay Post - #072286          **CV 1 0   80 1 30**MISC
11    _____/
12
13                        **ORDER TO SHOW CAUSE**

14         It appearing that Barry Jay Post has been enrolled as an inactive member of the State Bar of

15    California pursuant to Section 6233 of the Business and Professions Code and that he may not

16    practice law while so enrolled effective May 24, 2010,

17         **IT IS ORDERED**

18         That respondent show cause in writing on or before July 23, 2010 as to why

19    he should not be so enrolled before this Court, pending further notice from the State Bar of

20    California.

21    Dated:
22                                          VAUGHN R.  WALKER
23                                          United States District Chief Judge

24    Mailing Address:
25    Barry Jay Post
26    Rozanski & Associates
      11601 Wilshire Blvd Ste 500
27    Los Angeles, CA 90025
28

United States District Court
For the Northern District of California