**FILED**

JUL 28 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80130 MISC VRW

Barry Jay Post,

    State Bar No 72286                    ORDER

_____/

    On June 4, 2010, the court issued an order to show cause (OSC) why Barry Jay Post should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar of California pursuant to Section 6233 of the Business and Professions Code, effective May 24, 2010.

    The OSC was mailed to Mr Post's address of record with the State Bar on June 7, 2010.  A written response was due on or before July 23, 2010.  No response to the OSC has been filed as of this date.

    The court now orders Barry Jay Post removed from the roll of attorneys authorized to practice before this court.  The clerk is directed to close the file.

    IT IS SO ORDERED.

                                              VAUGHN R WALKER
                                              United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

    Barry Jay Post

Case Number: CV10-80130 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barry Jay Post
Rozanski & Associates
11601 Wilshire Boulevard
Suite 500
Los Angeles, CA 90025

Dated: July 28, 2010

                                        Richard W. Wieking, Clerk
                                        By: Cora Klein, Deputy Clerk

                                        *Cora Klein* (signature)